```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 32326
   QUINTIN MOORE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER


        Debtor
    SSN XXX-XX-1639

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/16/2005 and was confirmed 09/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
US DEPT OF HUD             UNSEC W/INTER     1375.60          100.49         423.71
CITY OF CHICAGO PARKING    UNSEC W/INTER      879.17           64.11         270.91
SEARS PAYMENT CENTER       UNSEC W/INTER   NOT FILED             .00            .00
RESURGENT ACQUISITION LL   UNSEC W/INTER    11143.07          756.41        3229.16
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,905.20                       1,905.20
TOM VAUGHN                 TRUSTEE                                            400.01
DEBTOR REFUND              REFUND                                                .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               7,150.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   3,923.78
   INTEREST                                   921.01
ADMINISTRATIVE                              1,905.20
TRUSTEE COMPENSATION                          400.01
DEBTOR REFUND                                    .00
                     --------------        --------------
TOTALS                7,150.00              7,150.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE